

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-11-2005

# In Re: Genesis

Precedential or Non-Precedential: Precedential

Docket No. 03-1225

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"In Re: Genesis " (2005). *2005 Decisions.* Paper 1285.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1285

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 03-1225 & 03-2722

_____

IN RE:  GENESIS HEALTH VENTURES, INC.

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action Nos. 01-cv-00853 and 02-cv-01322)
District Judge: Honorable Joseph J. Farnan, Jr.

_____

Argued June 29, 2004

Before: AMBRO, ALDISERT and STAPLETON, <u>Circuit Judges</u>

(Opinion filed March 31, 2005)

_____

<u>**ORDER  AMENDING  OPINION**</u>

AMBRO, Circuit Judge

It is now ordered that the uncontested motion to amend the caption in the above

cases filed March 31, 2005, is granted.  The caption is amended as follows:

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 03-1225

_____

IN RE:  GENESIS HEALTH VENTURES, INC.,
Debtor

GENESIS HEALTH VENTURES, INC.

v.

KELLY BEAUDIN STAPLETON,
UNITED STATES TRUSTEE FOR
REGION 3

(District of Delaware D.C. 01-cv-00853)


IN RE:  MULTICARE AMC, INC.,
Debtor

MULTICARE AMC, INC.

v.

KELLY BEAUDIN STAPLETON,
US TRUSTEE

(District of Delaware D.C. 02-cv-00053)

Genesis Health Ventures, Inc.,
Multicare AMC Inc.,

Appellants

---

No. 03-2722

---

IN RE:  GENESIS HEALTH VENTURES, INC.;
MULTICARE AMC, INC.,
Debtors

REORGANIZED DEBTORS GENESIS
HEALTH VENTURES INC.

v.

KELLY BEAUDIN STAPLETON, US Trustee

GENESIS HEALTH VENTURES, INC.;
MULTICARE AMC INC,

Appellants

_____

The Clerk is directed to issue an amended judgment reflecting the amended caption. Insofar as the amendment does not change the substance of this Court's prior decision and judgment and is clerical in nature, the deadline for filing a petition for rehearing shall not be modified. Any petition for rehearing shall be filed on or before May 16, 2005.

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: April 11, 2005
CMH/cc: RCS, APS, JJM, FJP, PMS